**ORIGINAL**

Joseph H. Harrington
Acting United States Attorney
Eastern District of Washington
Earl A. Hicks
George J.C. Jacobs, III
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 0 6 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-00207-RMP |
| | ) | |
| Plaintiff, | ) | INFORMATION |
| | ) | |
| vs. | ) | Vio: 18 U.S.C. §§ 922(m), |
| | ) | 924(a)(3)(B), 2 |
| TERRY RUSSELL HUNT, | ) | Aiding False Entries By |
| MARY ALICE HUNT, | ) | Firearms Dealer |
| RUSSELL MELVIN HUNT, and | ) | (Counts: 1-3) |
| DEREK JON HUNT, | ) | |
| | ) | |
| Defendants. | | |

The Acting United States Attorney Charges that:

**GENERAL ALLEGATIONS**

At all times material to this Information:

1.  The Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") was an agency of the executive branch of the United States government.

2.  One of ATF's responsibilities under federal law was to administer the federal licensing scheme for federally licensed firearms dealers (FFL) and inspect the records of operations of FFLs. Federal law required FFLs to follow the laws and regulations governing the sale and transfer of guns.

INFORMATION-1
9-5 17 Hunt, et al. Information.docx

3. An individual not named herein held Federal Firearms License x-xx-xxx-xx-xx-xxx52, which was issued by the ATF Licensing Section, under the trade name of xx Co., located in Olympia, Washington. As the holder of a Federal Firearms License, that individual was required to maintain a record, in the form of a completed Form 4473, of the identity and address of the actual buyer of the firearms he sold, including the buyer's name, home address and date of birth.

## COUNT 1

4. Paragraphs 1 through 3 of the General Allegations section of this Information are re-alleged and fully incorporated herein by reference.

5. On or about March 25, 2013, in the Western District of Washington, Defendants TERRY RUSSELL HUNT, MARY ALICE HUNT, RUSSELL MELVIN HUNT, and DEREK JON HUNT, did knowingly aid, abet, induce and procure a licensed firearms dealer, to make false entries in, and otherwise fail to properly maintain, records which the licensed firearms dealer was required to keep pursuant to section 923 of Chapter 44, Title 18, United States Code, and regulations enacted under that statutory authority, that is, those records required to be completed and retained by Title 18, United States Code, Section 923(g)(1), in connection with the sale of the following firearms: Smith & Wesson, Model 36, .38 SP, Revolver, bearing serial number ACH3992; Glock, Model 26, 9mm, bearing serial number UPY937; Glock Model 23, .40 caliber, bearing serial number UKR876, and Kimber, Model Compact, .45 caliber, bearing serial number KCO5513, in that Defendants TERRY RUSSELL HUNT, MARY ALICE HUNT, RUSSELL MELVIN HUNT, and DEREK JON HUNT, caused to be made a Firearms Transaction Record (ATF Form 4473) corresponding to each sale of the firearms listed below that falsely identified an individual identified herein as "D.H." as the actual buyer of those firearms even though Defendants TERRY RUSSELL HUNT, MARY ALICE HUNT, RUSSELL MELVIN HUNT, and DEREK JON HUNT, and the licensed firearms dealer knew that Defendant TERRY RUSSELL HUNT was the actual buyer of the firearms.

INFORMATION-2
9-5 17 Hunt, et al. Information.docx

All in violation of 18 U.S.C. §§ 922(m), 924(a)(3)(B), and 2.

## COUNT 2

6. Paragraphs 1 through 3 of the General Allegations section of this Information are re-alleged and fully incorporated herein by reference.

7. On or about April 26, 2013, in the Western District of Washington, Defendants TERRY RUSSELL HUNT, MARY ALICE HUNT, RUSSELL MELVIN HUNT, and DEREK JON HUNT, did willfully and knowingly aid, abet, induce and procure a licensed firearms dealer, to make false entries in, and otherwise fail to properly maintain, records which the licensed firearms dealer was required to keep pursuant to section 923 of Chapter 44, Title 18, United States Code, and regulations enacted under that statutory authority, that is, those records required to be completed and retained by Title 18, United States Code, Section 923(g)(1), in connection with the sale of the following firearms: Rock River Arms, AR-15, 5.56mm, Rifle, bearing serial number LH104728; Rock River Arms, AR-15, 5.56mm, Rifle, bearing serial number LH104730; and Savage, Model 42, .22LR/.410 gauge, Rifle, bearing serial number H856503, in that Defendants TERRY RUSSELL HUNT, MARY ALICE HUNT, RUSSELL MELVIN HUNT, and DEREK JON HUNT, caused to be made a Firearms Transaction Record (ATF Form 4473) corresponding to each sale of the firearms listed below that falsely identified an individual identified herein as "D.H." as the actual buyer of those firearms even though Defendants TERRY RUSSELL HUNT, MARY ALICE HUNT, RUSSELL MELVIN HUNT, and DEREK JON HUNT, and the licensed firearms dealer knew that Defendant TERRY RUSSELL HUNT was the actual buyer of the firearms.

All in violation of 18 U.S.C. §§ 922(m), 924(a)(3)(B), and 2.

## COUNT 3

8. Paragraphs 1 through 3 of the General Allegations section of this Information are re-alleged and fully incorporated herein by reference.

INFORMATION-3
9-5 17 Hunt, et al. Information.docx

9. On or about August 9, 2013, in the Western District of Washington, Defendants TERRY RUSSELL HUNT, MARY ALICE HUNT, RUSSELL MELVIN HUNT, and DEREK JON HUNT, did willfully and knowingly aid, abet, induce and procure a licensed firearms dealer, to make false entries in, and otherwise fail to properly maintain, records which the licensed firearms dealer was required to keep pursuant to section 923 of Chapter 44, Title 18, United States Code, and regulations enacted under that statutory authority, that is, those records required to be completed and retained by Title 18, United States Code, Section 923(g)(1), in connection with the sale of the following firearms: Mossberg, Model 464, .30-.30 Rifle, bearing serial number LA040519; Kimber, Model CDP, .45 ACP caliber, bearing serial number K101568; Ruger, Modle LCP, .380 ACP caliber, Pistol, bearing serial number 371145406; Smith & Wesson, Bodyguard, .380 caliber, Pistol, bearing serial number KAR3743; and Smith & Wesson, Bodyguard, .380 caliber, Pistol, bearing serial number KAR3698; in that Defendants TERRY RUSSELL HUNT, MARY ALICE HUNT, RUSSELL MELVIN HUNT, and DEREK JON HUNT, caused to be made a Firearms Transaction Record (ATF Form 4473) corresponding to each sale of the firearms listed below that falsely identified an individual identified herein as "D.H." as the actual buyer of those firearms even though Defendants TERRY RUSSELL HUNT, MARY ALICE HUNT, RUSSELL MELVIN HUNT, and DEREK JON

//
//
//
//
//
//
//
//
//

INFORMATION-4
9-5 17 Hunt, et al. Information.docx

HUNT, and the licensed firearms dealer knew that Defendant TERRY RUSSELL HUNT was the actual buyers of the firearms.

All in violation of 18 U.S.C. §§ 922(m), 924(a)(3)(B), and 2.

DATED this 6TH day of September, 2017.

JOSEPH H. HARRINGTON
Acting United States Attorney

*Earl A. Hicks*
Earl A. Hicks
Assistant United States Attorney

*George J. C. Jacobs, III*
George J. C. Jacobs, III
Assistant United States Attorney

INFORMATION-5
9-5 17 Hunt, et al. Information.docx