FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2017

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL MELVIN HUNT (3),<br><br>Defendant. | NO: 2:16-CR-207-RMP-3<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND TO EXPEDITE HEARING OF THE SAME |

**BEFORE THE COURT** are Defendant Russell Melvin Hunt's motion to modify conditions of his presentencing release, **ECF No. 139**, and his motion to expedite hearing of the same, **ECF No. 140**. Defendant represents that the Government does not oppose his requests. ECF Nos. 139 at 2; 140 at 1. The Court has reviewed the record and is fully informed.

The Court finds that good cause exists to grant both motions. Accordingly,

**IT IS HEREBY ORDERED**:

1. Defendant's Unopposed Motion to Amend Release Conditions, **ECF No. 139**, is **GRANTED.**

ORDER MODIFYING CONDITIONS OF RELEASE ~ 1

2. Defendant's conditions of pretrial release, ECF No. 30, are hereby amended to allow Mr. Hunt to engage in archery hunting as an exception to Condition No. 5 stating that he shall not possess dangerous weapons.

3. All other conditions of release that are not inconsistent with this Order remain in place.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel and to the U.S. Probation office.

**DATED** November 29, 2017.

                                           *s/ Rosanna Malouf Peterson*
                                          ROSANNA MALOUF PETERSON
                                            United States District Judge